# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT E. GARCIA,

      v.

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5463-RBL

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration,

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)  The Court adopts the Report and Recommendation; and

(2)  The matter is therefore REVERSED and REMANDED to the Administration for further consideration.

| March 15, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                       *s/ Mary Trent*
                       Deputy Clerk